

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2038*

February 6, 2026

<u>**Via ECF**</u>
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *Garcia Victoriano v. Bondi, et al.*, No. 26-654 (MCA)
       **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Arleo:

This Office represents Respondents in the above habeas immigration action. Pursuant to the January 29, 2026 Text Order, ECF 3, we write to respectfully inform the Court that Petitioner appeared before an Immigration Judge for a bond hearing on February 3, 2026, and the Immigration Judge ordered Petitioner released on $12,500.00 bond. We thank the Court for its consideration of this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

Ordered case shall be closed.

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:    7/29/26

By:    _s/Frances Bajada_
       FRANCES BAJADA
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (via ECF)